IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**KEON ROSE,**

      **Plaintiff,**

      -vs-                              No. 03-CV-787 DRH

**DONALD N. SNYDER, JR.,
JONATHAN R. WALLS, TOM MAUE,
STEPHEN L. JINES, BILLY J. CONWAY,
C. HOSKIN, MARK S. COLVIS,
ROBERT J. SIZEMORE,
JEFFREY A. JAENKE,
DOUGLAS W. CAMPBELL,
JAMISON L. FRAZIER, MINH T. SCOTT,
KAY A. SURMAN, ANDREW WILSON,
ROBERT A. BIGAS, MAVIS GROSS,
DONNA EBERS, and WILLIAM SPILLER,**

      **Defendants.**

### JUDGMENT IN A CIVIL CASE

      **DECISION BY COURT.**  This action came before the Court on a Report and Recommendation by United States Magistrate Judge Clifford J. Proud.

      **IT IS ORDERED AND ADJUDGED** that the report is **ADOPTED** in its entirety. Defendants' Motion for Summary Judgment is **GRANTED.**  Summary judgment is granted in favor of Defendants **ROBERT SIZEMORE, JEFFREY JAENKE, DOUGLAS CAMPBELL, JAMISON FRAZIER, WILLIAM SPILLER, DONALD N. SNYDER, JR., JONATHAN R. WALLS, TOM MAUE, STEPHEN JINES, BILLY J. CONWAY, CHARLES HOSKIN, AND**

**MARK S. COLVIS** and against Plaintiff **KEON ROSE.**

    **IT IS FURTHER ORDERED AND ADJUDGED** that the Plaintiff's statement of claim does not include any allegations against Defendants **MINH T. SCOTT**, **KAY A. SURMAN, ANDREW WILSON, ROBERT A. BIGAS, MAVIS GROSS, and DONNA EBERS** and they are **DISMISSED with prejudice.**

              **NORBERT G. JAWORSKI, CLERK**

February 28, 2007.        BY: s/Patricia Brown
                Deputy Clerk

APPROVED: /s/   David   RHerndon
      **U.S. DISTRICT JUDGE**